# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SCOTT HARPER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. SPEARMAN, et al.,<br><br>　　　　　Defendants.<br>_____ / | CASE NO. 1:09-cv-01492-AWI-GSA PC<br><br>ORDER DIRECTING CLERK OF THE COURT TO CLOSE THIS CASE PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL<br><br>(Doc. 11) |

　　On November 6, 2009, Plaintiff Jason Scott Harper filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).  At this stage in the proceedings, Plaintiff has the absolute right to dismiss his claims, without prejudice.  <u>Duke Energy Trading and Marketing, L.L.C. v. Davis</u>, 267 F.3d 1042, 1049 (9th Cir. 2001).  The filing of the notice itself has the effect of closing the action, and the Court no longer has jurisdiction over the claims.  <u>Id.</u>

　　Accordingly, the Clerk of the Court is HEREBY DIRECTED to close this file pursuant to Plaintiff's notice of voluntary dismissal filed on November 6, 2009.

IT IS SO ORDERED.

**Dated:　November 15, 2009**　　　　　　　　　　**/s/ Anthony W. Ishii**
　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

1